No. 81–2074.  REMSING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–2076.  KALITA v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 81–2081.  TAVAREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–2087.  CONWAY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–2104.  LEWIS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 81–2115.  PAK SHING LAM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–2118.  FERNANDEZ-URIARTE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–2123.  MURPHY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–2141.  KONDRAT v. UNITED STATES DEPARTMENT OF STATE.  C. A. 6th Cir.  Certiorari denied.

No. 81–6289.  PASSARO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6302.  HARRISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–6306.  BALL v. ENGLE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 81–6330.  WANTLAND v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.